### JOHN CASEY v. THE STATE.

AFFIDAVIT. — In a prosecution by information, an affidavit is as indispensable as the information, and both must set out substantially the same offence against the law. Neither will stand without the other.

APPEAL from the County Court of Madison. Tried below before the Hon. W. C. GIBBS, County Judge.

The information and conviction were for disturbing religious worship.

No brief for the appellant.

*Thomas Ball*, Assistant Attorney-General, for the State.

WINKLER, J.   The exception to the information should have been sustained, for the reason that it was not founded upon any sworn complaint or affidavit, without which it had no foundation to stand upon.

In prosecutions by information, a proper affidavit is as essential as an information, and both should set out substantially the same offence against the law.   Gen. Laws 1876, p. 20, sec. 8.   The judgment is reversed, and, the objection going to the foundation of the prosecution, it is dismissed.

*Reversed and dismissed.*